No. 92–6082. SINDRAM v. VIRGINIA. Ct. App. Va. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 997] denied.

No. 92–6171. JONES v. JACKSON, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, ET AL. C. A. 8th Cir.; and

No. 92–6493. DEMOS v. SUPREME COURT OF WASHINGTON. Sup. Ct. Wash. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until February 1, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petitions for writs of certiorari.

No. 92–6443. IN RE FOWLER. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 1, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 92–6866. IN RE PUNCHARD; and

No. 92–6908. IN RE DICKERSON. Petitions for writs of habeas corpus denied.

No. 92–867. IN RE POLYAK; and

No. 92–6318. IN RE RUSSELL. Petitions for writs of mandamus denied.

No. 92–6442. IN RE VALENTINE. Petition for writ of mandamus and/or prohibition denied.

No. 91–8010. RHOADES v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 91–8331. MONTALVO v. STAMM ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–8346. SAMMONS v. PHILLIPS ET AL. C. A. 6th Cir. Certiorari denied.